# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| R&I Inc. d/b/a/ Seating Solutions; Lisa Suprina in her official capacity as president and individual capacity as a citizen of the United States; Scott Suprina in his official capacity as vice president and individual capacity as a citizen of the United States; Tony English in his official capacity as secretary and his individual capacity as a citizen of the united states, | Civil Action No. 05-CV-5311<br><br>**ORDER ADMITTING LISA LACKAY, ESQ. PRO HAC VICE** |

Plaintiffs,

vs.

Michael McCarthy in his individual capacity and official capacity as director for NJDOL; Raymond Smid in his individual capacity and official capacity as section chief NJDOL; Theodore E. Tardiff in his individual capacity and official capacity as supervisor NJDOL.

Defendants.

THIS MATTER, having been opened to the Court on Motion by Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C. counsel for Defendants, pursuant to Rule 1.3(c) of the Rule of the United States District Court for the Eastern District of New York to admit *pro hac vice* Lisa Lackay, Esq., and for good cause shown,

IT IS , on this __1__ day of March, 2006, ORDERED that Lisa Lackay, Esq. hereby is permitted, *pro hac vice*, pursuant to Rule 1.3(c) to appear in the captioned matter in the same manner as an attorney of this State admitted to this Court; and it is further

#1061789 v1
099998-00012

ORDERED that a copy of the within Order be sent to all counsel of record by Defendants' counsel within _5_ days from the date hereof.

FB

Hon. Frederic Block, J.S.C.